# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Chris Allen Jones,

                Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                           3:12-cv-50-RJC

G.P. Tucker,
H. Peterson

                Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 30, 2012 Order.

Signed: May 31, 2012

*Frank G. John*

Frank G. Johns, Clerk
United States District Court